# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

---

June 29th, 2017

**VIA ECF**
Honorable Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    Yakubov V. Gulf Coast Collection Bureau
                   No. 1:17-cv-00612

Dear Judge Scanlon:

    I represent the Plaintiff in the above referenced matter and I am informing the Court that the case has settled.

    Plaintiff respectfully requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the Plaintiff can be assured that the funds clear my escrow account.

    In light of the settlement, the parties respectfully request the cancellation of the conference scheduled for July 7th, 2017 at 10am.

    Thank you for Your Honor's time and attention to this matter.

                                                        Very truly yours,

                                                         /s/ Igor Litvak

                                                         Igor Litvak, Esq.